Case 3:24-cv-00203-SLH    Document 24    Filed 07/24/25    Page 1 of 1

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICKY  DIMARCO | : | |
| | : | |
| Plaintiff | : | No. 3:24-cv-203 |
| v. | : | |
| ELMER MAY and METZLER | : | |
| BROTHERS INC., | : | |
| Defendants | : | |

### STIPULATION OF DISMISSAL

TO THE CLERK OF COURT:

Plaintiff, Ricky DiMarco and Defendants Elmer May and Metzler Brothers Inc. hereby stipulate under Fed.R.Civ.P 41(a) that this action be dismissed as to all claims, causes of action, and parties with prejudice. Each party shall pay its own costs.

*Amanda L. Nese*

Amanda Nese, Esquire
Pa. I.D. 318981
301 Grant Street, Suite 270
Pittsburgh, PA 15219
Phone: 412-404-6642
Email: amandanese@gosimon.com
Counsel for Plaintiff

AND NOW, this __25th__ ,
day of __July__ , 20__25__ ,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

*/s/ Joseph Fowler*

Joseph R. Fowler, Esquire
Pa. I.D. 55661
Email: jfowler@fhmslaw.com
Three Logan Square
1717 Arch Street, Suite 1310
Philadelphia, PA 19103
267-866-7871
Counsel for Defendants